IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW P. MICHEL,

    Petitioner,                                 No. CIV S-02-2230 MCE CMK P

    vs.

GEORGE M. GALAZA, Warden,

    Respondent.

_____/    ORDER

    On November 27, 2004, respondent filed a notice of lodging of the record in this case. (Doc. 47.) In the notice of lodging, respondent noted that the trial court record in this case previously has been lodged with the court in the related case of <u>John Franklin v. Tom. L. Carey, Warden,</u> No. Civ-S-03-0477 MCE KJM P.

    Due to the instant case and the <u>Franklin</u> case being assigned to different magistrate judges, it is impossible for the lodged record to be shared between the chambers.

///

///

///

///

///

1  Accordingly, IT IS ORDERED THAT within ten days of the date of this order,
2  respondent shall lodge the record in this case.
3  DATED: August 28, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE